IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUINCY BIOSCIENCE, LLC,

                Plaintiff,

v.

BRYK ENTERPRISES, LLC,

                Defendant.

ORDER

22-cv-658-jdp

---

Plaintiff Quincy Bioscience, LLC moves for default judgment on its claims under the Lanham Act and state law for trademark infringement, counterfeiting, and false advertising. Before the court sets a hearing on the motion, plaintiff must address four issues.

First, plaintiff must submit evidence of sales defendant made to Wisconsin residents or other contacts with Wisconsin that establish personal jurisdiction. Plaintiff's complaint alleges generally that defendant made "internet sales . . . directed to Wisconsin," Dkt. 1, ¶ 6, but it doesn't identify any specific Wisconsin sales.

Second, plaintiff must submit a proposed injunction if it wants the court to award injunctive relief.

Third, plaintiff must provide some specific factual or legal basis for requesting $25,000 in statutory damages. Plaintiff says that damages are necessary for deterrence, but it doesn't identify any basis for choosing $25,000 over a different amount.

Fourth, if plaintiff wishes to be awarded fees, it should submit a fee petition that complies with this court's procedures, which are available on page 38 of the court's standard attachments. *See* https://www.wiwd.uscourts.gov/judge-specific-procedures.

ORDER

IT IS ORDERED that plaintiff Quincy Bioscience, LLC may have until January 13, 2023, to file supplemental materials that address the issues raised in this order. The clerk of court is directed to refrain from setting a default hearing until receiving further instruction from the court.

Entered December 30, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge